*In re* **FELDMAN**, Michael R. (MR 19684)
Chicago, IL

**Order of the Court:**

The petitions by the Administrator of the Attorney Registration and Disciplinary Commission and respondent Michael R. Feldman for leave to file exceptions to the report and recommendation of the Review Board are allowed. Respondent is disbarred.